# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 83 MM 2014
:
          Respondent        :
:
:
:
            v.            :
:
:
:
ROBERT LEE MYERS,      :
:
          Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.